IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                         )
                               )
    **Timothy L. Jones**          )   **Case No.  1-19-02941**
    **Debtor**                    )   **Chapter 13**

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions:</u>  Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order.  Complete Part C for all requests for payment of compensation and expenses.

| | |
|---|---|
| A.  Presumptively reasonable fee under L.B.R. 2016-2(c) ($4000 Plus $500 for 2nd Amended Plan filed after Confirmation) | $4,500.00 |
| 1.  Amount Agreed to by debtor(s) | $4,500.00 |
| 2.  Less amount paid to attorney prior to filing petition | $400.00 |
| 3.  Balance of compensation to be paid through plan distributions | $4,100.00 |
| 4.  Expenses advanced to be paid through plan distributions (describe expense and amount) | $0.00 |

B.  Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(c)

| | |
|---|---|
| 1.  Retainer Received | $ |
| 2.  Compensation earned prepetition and paid to attorney prior to filing | $ |
| 3.  Expenses reimbursed prepetition | $ |
| 4.  Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5.  Compensation and expenses approved by the Court to be paid through Plan distributions less balance in client trust account | $ |

C.  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $4,100.00

Date: June 22, 2020    /s/ Aaron J. Neuharth_____
    Aaron J. Neuharth, Esquire
    Supreme Ct. No. 88625
    PO Box 359
    Chambersburg, PA 17201
    (717)264-2939