20-0434

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Timothy L Jones<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 19-02941 HWV |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC in the above captioned matter.

                        POWERS KIRN, LLC

                        By: **/s/ Jill Manuel-Coughlin, Esquire**
                        Attorney ID# 63252
                        Eight Neshaminy Interplex, Suite 215
                        Trevose, PA 19053
                        Telephone: 215-942-2090
                        Dated: October 27, 2020