IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                )
                      )
  **Timothy L. Jones**    )   **Case No. 1-19-02941**
  **Debtor**              )   **Chapter 13**

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions:</u> Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c) ($4000              $5,000.00
   Plus $500 for 2nd Amended Plan filed after Confirmation, Plus $500 for 3rd
   Amended Plan filed after Confirmation )
1. Amount Agreed to by debtor(s)                                            $5,000.00
2. Less amount paid to attorney prior to filing petition                    $400.00
3. Balance of compensation to be paid through plan distributions            $4,600.00
4. Expenses advanced to be paid through plan distributions                  $0.00
   (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received                                                        $
2. Compensation earned prepetition and paid to attorney prior to filing     $
3. Expenses reimbursed prepetition                                          $
4. Balance in retainer after deduction of prepetition compensation and expenses  $
5. Compensation and expenses approved by the Court to be paid through Plan  $
   distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $4,600.00

Date: December 2, 2020                        /s/ Aaron J. Neuharth_____
                                              Aaron J. Neuharth, Esquire
                                              Supreme Ct. No. 88625
                                              PO Box 359
                                              Chambersburg, PA 17201
                                              (717)264-2939