# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| TIMOTHY L. JONES, | ) | Case No. 19-02941 |
| DEBTOR | ) | |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions:</u> Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c)       $500.00
   ($4,600 to prior counsel, $500 to current counsel for 4th Amended Plan )
1. Amount Agreed to by debtor(s)       $500.00
2. Less amount paid to attorney prior to filing petition       $
3. Balance of compensation to be paid through plan distributions       $500.00
4. Expenses advanced to be paid through plan distributions       $0.00
   (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(c)
1. Retainer Received       $
2. Compensation earned prepetition and paid to attorney prior to filing       $
3. Expenses reimbursed prepetition       $
4. Balance in retainer after deduction of prepetition compensation and expenses       $
5. Compensation and expenses approved by the Court to be paid through Plan       $
   distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $500.00

Date: May 13, 2022                                               /s/ Hannah Herman-Snyder
                                                                                     Hannah Herman-Snyder, Esquire
                                                                                     Supreme Ct. No. 91537
                                                                                     183 Lincoln Way East
                                                                                     Chambersburg, PA 17201
                                                                                     (717)414-7242