Prepared By:
PennyMac Loan Services, LLC
6101 Condor Drive, Suite 200
Moorpark, CA 93021
866-549-3583

After Recording Please Return To:
ServiceLink
Attn: Loan Modification Solutions
3220 El Camino Real
Irvine, CA 92602

Property Address:
9987 MCCREARY ROAD
SHIPPENSBURG, PA 17257

UPI/PIN/Tax ID

———————————————[Space Above This Line For Recording Data]———————————————

LOAN NO

Investor Case No

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **17th** day of **August, 2021**, between **TIMOTHY L. JONES** ("Borrower"), **PennyMac Loan Services, LLC** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **May 12, 2016** and in the amount of **$157,102.00** and recorded on **May 12, 2016** in Book, Volume, or Liber No.                , at Page                (or as Instrument No. **201608599**) , of the **Official** Records of **CUMBERLAND,PENNSYLVANIA** and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at:

**9987 MCCREARY ROAD, SHIPPENSBURG, PA 17257**
[Property Address]

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 1 of 10

Prepared By:
PennyMac Loan Services, LLC
6101 Condor Drive, Suite 200
Moorpark, CA 93021
866-549-3583

After Recording Please Return To:
ServiceLink
Attn: Loan Modification Solutions
3220 El Camino Real
Irvine, CA 92602

Property Address:
9987 MCCREARY ROAD
SHIPPENSBURG, PA 17257

UPI/PIN/Tax

———————————————[Space Above This Line For Recording Data]———————————————

LOAN N

Investor Case No.

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **17th** day of **August, 2021**, between **TIMOTHY L. JONES** ("Borrower"), **PennyMac Loan Services, LLC** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **May 12, 2016** and in the amount of **$157,102.00** and recorded on **May 12, 2016** in Book, Volume, or Liber No.          , at Page          (or as Instrument No. **201608599**) , of the **Official** Records of **CUMBERLAND, PENNSYLVANIA** and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at:

**9987 MCCREARY ROAD, SHIPPENSBURG, PA 17257**
[Property Address]

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 1 of 10

the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **October 1, 2021**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$158,075.01**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **3.000%**, from **September 1, 2021**. Borrower promises to make monthly payments of principal and interest of U.S. **$666.45**, beginning on the **1st** day of **October, 2021**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **3.000%** will remain in effect until principal and interest are paid in full. If on **September 1, 2051** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. Borrower agrees to pay in full the Deferred Principal Balance and any other amounts still owed under the Note and the Security Instrument by the earliest of: (i) the date Borrower sells or transfers an interest in the Property, (ii) the date Borrower pays the entire Interest Bearing Principal Balance, or (iii) the new Maturity Date.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 2 of 10

Case 1:19-bk-02941-HWV    Doc -1    Filed 07/25/22    Entered 07/25/22 14:26:42    Desc
Exhibit Payment Change Letter    Page 3 of 13

obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    a)    all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

    b)    all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

    a)    All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    b)    All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    c)    Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 3 of 10

Case 1:19-bk-02941-HWV    Doc -1    Filed 07/25/22    Entered 07/25/22 14:26:42    Desc
Exhibit Payment Change Letter    Page 4 of 13

d)     All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

e)     Borrower agrees that they will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. Borrower understands that either a corrected Agreement or a letter agreement containing the correction will be provided for signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If Borrower elects not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement.

f)     Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

    Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

> By checking this box, Borrower also consents to being contacted by text messaging ☐.

g) That the mortgage insurance premiums on my Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment. Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

6. I understand that the Loan Documents will not be modified unless and until (i) the Lender accepts this Agreement by signing the Loan Modification Agreement, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

7. That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification.

_____     Date: 9/11/21
Borrower  TIMOTHY L. JONES

## ACKNOWLEDGMENT

State of __PA__ §
§
County of __Cumberland__ §
§

On this __11th__ day of __September__, __2021__, before me, the undersigned officer, personally appeared **TIMOTHY L. JONES**, known to me (or satisfactorily proven), to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

__ALEXIS CRUZ__
Printed Name

__NOTARY PUBLIC__
Title of Officer

My Commission Expires: __MARCH 23, 2023__

(Seal)
Commonwealth of Pennsylvania – Notary Seal
Alexis Cruz, Notary Public
Franklin County
My Commission Expires March 23, 2023
Commission Number 1289231

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 6 of 10

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
**PennyMac Loan Services, LLC**

By: _____(signature)_____ (Seal)
       Linda Golden -Lender
       First Vice President

SEE ATTACHED

**SEP 3 0 2021**

Date of Lender's Signature

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 7 of 10

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Ventura_____)

On __09/30/2021__ before me, __Wendy Powers, Notary Public__
(insert name and title of the officer)

personally appeared __Linda Golden__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: WENDY POWERS, Notary Public - California, Ventura County, Commission # 2255462, My Comm. Expires Sep 20, 2022]

Signature _[signature]_ (Seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____ §
§
County of _____ §

On _____ before me, _____, Notary Public personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity on behalf of the corporation, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**SEE ATTACHED**

_____
Notary Public

_____
Printed Name

(Seal)      My Commission Expires: _____

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 8 of 10

# CERTIFICATE OF RESIDENCE

# LOAN MODIFICATION AGREEMENT

**BETWEEN:**

**TIMOTHY L. JONES** (assignor/Mortgagor/grantor)

**AND:**

PennyMac Loan Services LLC (assignee/Mortgagee/grantee)

I do hereby certify that the precise address of the within name Mortgagee is:

**PennyMac Loan Services LLC**

**6101 Condor Drive, Moorpark**

**CA 93021**

By: _____

Print Name: TABITHA ADAMSON

Title: ASSISTANT VICE PRESIDENT

# EXHIBIT A

**BORROWER(S): TIMOTHY L. JONES**

**LOAN NUMBER:** ▮

**LEGAL DESCRIPTION:**

STATE OF PENNSYLVANIA, COUNTY OF CUMBERLAND, AND DESCRIBED AS FOLLOWS:

ALL THE FOLLOWING DESCRIBED REAL ESTATE, LYING AND BEING SITUATE IN THE TOWNSHIP OF SOUTHAMPTON, COUNTY OF FRANKLIN AND COMMONWEALTH OF PENNSYLVANIA, BOUNDED AND LIMITED AS FOLLOWS, TO WIT: BEGINNING AT A POINT IN THE PROPERTY LINE ON THE NORTHWESTERN SIDE OF MCCREARY ROAD, A 50 FOOT WIDE STREET OR ROAD, AT A CORNER COMMON TO REAL ESTATE HEREBY CONVEYED AND LOT NO. 10 IN BLOCK A ON A PLAN OF LOTS OF FOREST RIDGE ACRES IN SOUTHAMPTON TOWNSHIP IN FRANKLIN COUNTY, PENNSYLVANIA PREPARED BY J.H. RIFE, REGISTERED ENGINEER, DATED AUGUST 31, 1962, REVISED FEBRUARY 16, 1967, AND FEBRUARY 17, 1967, RECORDED AMONG THE RECORDS OF THE RECORDER OF DEEDS FOR FRANKLIN COUNTY, PENNSYLVANIA IN PLAN DRAWER NO. 16; THENCE IN THE PROPERTY LINE ON THE NORTHWESTERN SIDE OF MCCREARY ROAD, SOUTH 32 DEGREES 13 MINUTES 17 SECONDS WEST, 110 FEET TO THE POINT AT A CORNER COMMON TO LOTS NOS. 11 AND 12 IN BLOCK A OF SAID PLAN OF LOTS; THENCE BY LINE OF LOT NO. 12 IN BLOCK A ON SAID PLAN OF LOTS, NORTH 57 DEGREES 47 MINUTES 53 SECONDS WEST, 150 FEET TO A POINT AT A CORNER COMMON TO LOT NO. 10 AND 11 IN BLOCK A ON SAID PLAN OF LOTS; THENCE, NORTH 32 DEGREES 13 MINUTES 07 SECONDS EAST 110 FEET TO A POINT AT A CORNER COMMON TO LOTS NOS. 10 AND 11 IN BLOCK A ON SAID PLAN OF LOTS; THENCE, SOUTH 57 DEGREES 46 MINUTES 53 SECONDS EAST, 150 FEET TO A POINT AT THE PLACE OF BEGINNING. BEING LOT NO. 11 IN BLOCK A ON SAID PLAN OF LOTS.

**UPI/PIN/Tax I**▮

**ALSO KNOWN AS: 9987 MCCREARY ROAD, SHIPPENSBURG, PA 17257**

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 10 of 10