IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Timothy L. Jones | | BK NO. 19-02941 HWV |
| Debtor | | |
| | | Chapter 13 |
| PennyMac Loan Services, LLC | | |
| Movant | | Related to Claim No. 2-1 |
| vs. | | |
| Timothy L. Jones | | |
| Debtor | | |
| Jack N. Zaharopoulos, | | |
| Trustee | | |

### CERTIFICATE OF SERVICE OF
### NOTICE OF PAYMENT CHANGE

I, Rebecca A. Solarz, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 25, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below:

Debtor
Timothy L. Jones
9987 McCreary Road
Shippensburg, PA 17257
VIA Regular Mail

Attorney for Debtor
Hannah Herman-Snyder, Esq.
183 Lincoln Way East 17201
Chambersburg, PA 17043
VIA ECF

Trustee
Jack N. Zaharopoulos, Esq.
8125 Adams Drive
Hummelstown, PA 17036
VIA ECF

Dated: July 25, 2022

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 825-6327
Email: bkgroup@kmllawgroup.com